UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SCOTT B. OBERMOELLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:07CV1222-DJS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff and against defendant Commissioner of Social Security; that the decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income under Title XVI of the Social Security Act is reversed; and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Court's order entered herein this day.

Dated this  12th   day of September, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE